No. 95–5208. CUNNINGHAM *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–5209. SPELLER *v.* IOWA. C. A. 8th Cir. Certiorari denied.

No. 95–5210. RICO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5211. AFLLEJE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–5212. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5213. BLAIR *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–5214. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5215. TYLER SHARTLE *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. A. 2d 874.

No. 95–5216. RAUSER *v.* BEARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–5217. OKORO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–5218. PRESTON *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5219. ROCHA *v.* PRICE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–5220. WALTER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–5222. ROBINSON *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5223. BENNETT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.